## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

THE UNITED STATES OF AMERICA and
THE STATE OF NEW YORK *ex rel.*
DR. ANTONI NARGOL and
DR. DAVID LANGTON,

                Plaintiffs-Relators,

v.

DEPUY ORTHOPAEDICS, INC., DEPUY, INC.,
and JOHNSON & JOHNSON SERVICES, INC.,

                Defendants.

Case No. 12-10896-MPK

HONORABLE
M. PAGE KELLEY

Leave to file granted (#640)

**RELATORS' COMBINED MOTION TO SET ASIDE, AMEND, OR ALTER THE COURT'S ORDERS AND FINAL JUDGEMENT DOCKETED AT ##605, 616, 624, 629 AND 630, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 52(b), 59(e), 60(b) and 83 OR, IN THE ALTERNATIVE, THAT RELATORS BE GRANTED A NEW TRIAL AND REHEARING**

Relators Drs. Antoni Nargol and David Langton ("Relators") submit this memorandum in support of its Motion to Set Aside, Amend, or Alter the Court's Orders found at Docket Nos. 605, 616, 629 and 630. (the "Orders") pursuant to FRCP 59(e), 52(b), and 60(b). [1]





















## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service on all parties and counsel.

*/s/ Ross B. Brooks*
Ross B. Brooks