IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF NEW YORK ex rel. DR. ANTONI NARGOL and DR. DAVID LANGTON,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC., DEPUY, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Case No. 12-10896-MPK<br><br>HONORABLE<br>M. PAGE KELLEY |

**STATUS REPORT REGARDING**
**MOTION TO WITHDRAW APPEARANCE**

At the hearing on January 11, 2022 regarding the undersigned counsels' motion to withdraw appearance, the Court directed movants Jayne Conroy, Justin Presnal, and Laura Fitzpatrick of Simmons Hanly Conroy LLC; W. Mark Lanier and Kathryn Rachel Lanier of the Lanier Law Firm; and Richard J. Arsenault of Neblett, Beard & Arsenault, to provide a status report to the Court by January 21, 2022 regarding the Relators' objection to the motion to withdraw.

The undersigned counsel are engaged in discussions with Relators and Mr. Brooks about the motion to withdraw, and are hopeful that Relators will agree to withdraw their objection. However, the movants and Relators need a few extra days to see if an agreement can be reached.

1

Consequently, the movants report that, as of the filing of this status report, Relators still stand on their objection.  Movants also stand on their motion, assert that it should be granted despite the objection, especially in light of the Court's denial of Mr. Brooks' and Relators post-trial motion today (ECF No. 675), and reserve all rights with respect thereto.  However, movants will file a supplemental status report on or before January 26, 2022 advising whether an agreement to withdraw Relators' objection has been reached.

Dated:  January 21, 2022                             Respectfully submitted,

 /s/ Justin Presnal
Justin Presnal
(admitted *pro hac vice*)
SIMMONS HANLY CONROY LLC
5216 Cascades Drive
College Station, TX 77845
(979) 224-2036
jpresnal@simmonsfirm.com

 /s/ Jayne H. Conroy
Jayne H. Conroy
Massachusetts Bar No. 546090
Laura Singletary Fitzpatrick
(admitted *pro hac vice*)
SIMMONS HANLY CONROY LLC
112 Madison Ave., 7th Floor
New York, NY 10016
(212) 784-6402
jconroy@simmonsfirm.com
lfitzpatrck@simmonsfirm.com

 /s/ W. Mark Lanier
W. Mark Lanier
(admitted *pro hac vice*)
Kathryn Rachel Lanier
(admitted *pro hac vice*)

        THE LANIER LAW FIRM
        6810 FM 1960 Rd W
        Houston, TX 77069-3804
        (713) 659-5200
        wml@lanierlawfirm.com
        rachel.lanier@lanierlawfirm.com
        lee.cirsch@lanierlawfirm.com

        */s/ Richard J. Arsenault*
        Richard J. Arsenault
        (admitted *pro hac vice*)
        NEBLETT, BEARD & ARSENAULT
        2220 Bonaventure Court
        P.O. Box 1190
        Alexandria, Louisiana 71301
        (800) 256-1050
        rarsenault@nbalawfirm.com


## CERTIFICATE OF SERVICE

  I hereby certify that on January 21, 2022, in addition to serving all parties and counsel of Movants' Motion to Withdraw Appearance (ECF No. 651) using the court's CM/ECF system, I also served the motion on Relators Antoni Nargol and David Langton via electronic mail, pursuant to Local Rule 83.5.2(d).

        */s/ Jayne Conroy*
        Jayne Conroy

3